

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 13, 2022

**VIA ECF**
The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Michael Posner*, 20 Cr. 162 (JPO)

Dear Judge Oetken:

  The Government writes to respectfully request a two-week adjournment of the parties' June 15 and June 22, 2022 deadlines to file motions *in limine* and oppositions, respectively. The parties are engaged in plea discussions that are likely to result in a pre-trial disposition. To that end, the Government has extended the defendant a plea offer, which is currently outstanding; the defendant has indicated, through counsel, that he is unlikely to proceed to trial.

  In light of the foregoing, and with the consent of defense counsel, the Government respectfully requests that the Court adjourn the upcoming trial-related deadlines for a period of two weeks, at which point the parties will have greater clarity as to the need for a trial in this matter.

Granted.
So ordered.
 6/13/2022

J. PAUL OETKEN
United States District Judge

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by:   /s Sarah Mortazavi
     Sarah Mortazavi
     Anden Chow
     Assistant United States Attorneys
     (212) 637-2520 / 2348

Cc: Gordon Mehler, Esq. (via ECF)