

250 Vesey Street
27th Floor
New York, NY 10281

wmhlaw.com
T: 212-335-2030
F: 212-335-2040

October 26, 2022

**VIA ECF**

The Honorable J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Posner*, No. 20-cr-162 (JPO)

Dear Judge Oetken:

We write on behalf of Dr. Michael Posner in the above-captioned matter to respectfully request an order permitting Dr. Posner's Probation Officer to remove his ankle bracelet for upcoming prostate surgery.

Dr. Posner was sentenced by the Court on September 29, 2022, and has since begun his 2-month home confinement period. As mentioned in our sentencing submission and in the PSR, Dr. Posner suffers from benign prostatic hyperplasia and his doctor recommended that he have surgery on his prostate.

That surgical procedure is scheduled for November 16, 2022, at 7:30 AM, during which Dr. Posner is not permitted to wear any jewelry or devices. As such, Probation Officer Lucien Michel has requested that Dr. Posner receive a court order permitting Officer Michel to remove the ankle bracelet shortly before surgery and replace it following the procedure.

Therefore, we respectfully request that the Court issue an order directing Officer Michel to remove Dr. Posner's ankle bracelet the day before his surgery on November 16, 2022, and replace it once the procedure is complete.

Respectfully submitted,

Gordon Mehler
Amanda Senske

So ordered.
10/26/2022

cc: AUSA Sarah Mortazavi (via ECF)
Probation Officer Lucien Michel (via email)

J. PAUL OETKEN
United States District Judge